DEPTFORD TOWNSHIP BOARD OF EDUCATION v. OLYMPIC
CONFERENCE AND NEW JERSEY STATE
INTERSCHOLASTIC ATHLETIC ASSOCIATION.

October 15, 1985.

Petition for certification denied.

IN THE MATTER OF THE BID OF LAD CONSTRUCTION & ENGI-
NEERING, INC., FOR THE CONSTRUCTION OF HADDON-
FIELD-BERLIN ROAD, CHERRY HILL TOWNSHIP, CAMDEN
COUNTY, FEDERAL PROJECT NO. M–4072 (103).

October 15, 1985.

Petition for certification denied.